[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**
10/27/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Vincent Davidson

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Superintendent John Doe
SGt. Majoch J.
SGt. Wedorski
Ofc. McManus
Ofc. J. Williams
Tom Dart

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

RECEIVED
MAY 19 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No.
(To be 25-cv-05565
Judge Matthew F. Kennelly
Magistrate Judge Jeannice W. Appenteng
Random Cat 3
PC 7

**CHECK ONE ONLY:**

__X__ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Vincent Davidson

B. List all aliases: N/A

C. Prisoner identification number: 20210919033 (CCDOC)

D. Place of present confinement: Cook County Jail

E. Address: 2700 S. California Ave, Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Superintendent John Doe

  Title: Superintendent of Division 11

  Place of Employment: Cook County Jail

B. Defendant: Sgt. Majoch J.

  Title: Sgt. at Cook County Jail - Division 11

  Place of Employment: Cook County Jail

C. Defendant: Sgt. Wedorski

  Title: Sgt. at Cook County Jail - Division 11

  Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

II. Defendants: (Cont.)

D. Defendant: Ofc. McManus
title: Ofc. at Cook County Jail - Division 11
place of Employment: Cook County Jail

E. Defendant: Ofc. J. Williams
title: Ofc. at Cook County Jail - Division 11
place of Employment: Cook County Jail

F. Defendant: Tom Dart
title: Cook County Sheriff
place of Employment: Cook County Jail

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Feb 27th 2025, App. 2:00pm-3:00pm, SGT. Majoch ordered OFC. Sular, to apprehend me because I appeared to be under the influence of suspected narcotics, Cook County medical cleared me upon going to Dispensary and notified staff, that my vitals were normal indicating that I was not under the influence, and SGT. Majoch ordered that I be strip searched, SGT. Wedorski and OFC. McManus and OFC. J. Williams, performed a strip search of me and my person that I did not consent to, this happened on live BWC (Body Worn Camera) by SGT. Wedorski I asked for prea and I was denied because the staff invaded my private areas carefully by prying my buttocks open using excessive force by twisting my arm behind my back, I was denied medical attention when I asked for it, I was stripped completely naked and suffered humiliation as OFC. McManus improperly touched my buttocks in an uncomfortable manner, I complained to mental health of the trauma that I endured, and asked for help by this mental health Expert, and Expert John Doe failed to address my needs, I was cleared by mental health and escorted to RU tier 1E, for a disciplinary infraction, upon arriving to the Hearing Board, I explained

4 Revised 9/2007

Case: 1:25-cv-05565 Document #: 15 Filed: 10/27/25 Page 6 of 8 PageID #:60

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

what happened to me, and the investigation revealed that I was Innocent of the Disciplinary Infraction, and this report was dismissed as I was Found not guilty of being Intoxicated using suspected Narcotics. Super Intendant John Doe, Is Improperly Supervising staff and allowing policy's that violate my constitutional rights, to be performed by CCDOC staff, and Tom Dart Is Improperly allowing policys that promote Invasions of Bodily privacy, upon pre-trial Detainees. I was stripped searched without consent unvoluntarily and traumatized by this experience on live Body camera. I suffer mental Angursh and have dreams of CCDOC staff stripping me naked every evening that I go to sleep. these Nightmares has caused me depression and anxiety, and I wake up trembling in fear from my experience. I relive this moment Daily, and have difficulty focusing on my criminal case as a result. This officers finger went into my Anus and I have never felt so violated In my life, I see mental Health for therapeutic sessions behind this event.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatory Damages, punitive Damages, money Damages Cruel and unusual punishment, Defamation of Character, unlawful search (Strip search) Invasion of Bodily privacy.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  03  day of  05 , 2025

_____
(Signature of plaintiff or plaintiffs)

Vincent Davidson
(Print name)

20210919033
(I.D. Number)

2700 S. California Ave.

Chicago, Illinois 60608
(Address)

Name: Vincent Davidson R.
ID#: 20210919033
Div.: 9    Tier: I-H
P.O. Box 089002
Chicago, IL 60608



05/19/2025-7

Office of
Clerk of the U.S. District Court
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604



RECEIVED
MAY 19 2025
THOMAS G. BRUTON
U.S. DISTRICT COURT